UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO.: 3:07CR-10-R

UNITED STATES v. HARDISON

# JURY INSTRUCTIONS

FILED
Jeffrey A. Apperson, Clerk
OCT 1 1 2007
U. S. DISTRICT COURT,
WEST'N. DIST. KENTUCKY,

**INSTRUCTION NO. 1**

**Introduction**

Members of the jury, now it is time for me to instruct you about the law that you must follow in deciding this case.  I will start by explaining your duties and the general rules that apply in every criminal case.  Then I will explain the elements, or parts, of the crime that the Defendant is accused of committing.

You have two main duties as jurors.  The first one is to decide what the facts are from the evidence that you saw and heard here in court.  Deciding what the facts are is your job, not mine, and nothing that I have said or done during this trial was meant to influence your decision about the facts in any way.

Your second duty is to take the law that I give you, apply it to the facts, and decide if the Government has proved the Defendant guilty beyond a reasonable doubt.  It is my job to instruct you about the law, and you are bound by the oath that you took at the beginning of the trial to follow the instructions that I give you, even if you personally disagree with them.  This includes the instructions that I gave you during the trial, and these instructions.  All the instructions are important, and you should consider them together as a whole.

The lawyers have talked about the law during their arguments.  But if what they said is different from what I say, you must follow what I say.  What I say about the law controls.

Perform these duties fairly.  Do not let any bias, sympathy or prejudice that you may feel toward one side or the other influence your decision in any way.

## INSTRUCTION NO. 2

### Presumption of Innocence, Burden of Proof, Reasonable Doubt

As you know, the Defendant has pleaded not guilty to the crimes charged in the Superseding Indictment.  The Superseding Indictment is not any evidence at all of guilt.  It is just the formal way that the Government tells a Defendant what crime he is accused of committing.  It does not even raise any suspicion of guilt.

Instead, a Defendant starts the trial with a clean slate, with no evidence at all against him, and the law presumes that a defendant is innocent.  This presumption of innocence stays with the Defendant unless the Government presents evidence here in court that overcomes the presumption, and convinces you beyond a reasonable doubt that he is guilty.

This means that a Defendant has no obligation to present any evidence at all, or to prove to you in any way that he is innocent.  It is up to the Government to prove that a Defendant is guilty, and this burden stays on the Government from start to finish.  You must find a Defendant not guilty unless the Government convinces you beyond a reasonable doubt that he is guilty.

The Government must prove every element of the crime charged beyond a reasonable doubt.  Proof beyond a reasonable doubt does not mean proof beyond all possible doubt.  Possible doubts or doubts based purely on speculation are not reasonable doubts.  A reasonable doubt is a doubt based on reason and common sense.  It may arise from the evidence, the lack of evidence, or the nature of the evidence.

Proof beyond a reasonable doubt means proof that is so convincing that you would not hesitate to rely and act on it in making the most important decisions in your own lives.  If you are convinced that the Government has proved the Defendant guilty beyond a reasonable doubt, say so by returning a guilty verdict.  If you are not convinced, say so by returning a not guilty verdict.

## INSTRUCTION NO. 3

### Direct and Circumstantial Evidence

You have heard the terms "direct evidence" and "circumstantial evidence."

Direct evidence is simply evidence like the testimony of an eyewitness which, if you believe it, directly proves a fact. If a witness testified that she saw it raining outside, and you believed her, that would be direct evidence that it was raining.

Circumstantial evidence is simply a chain of circumstances that indirectly proves a fact. If someone walked into the courtroom wearing a raincoat covered with drops of water and carrying a wet umbrella, that would be circumstantial evidence from which you could conclude that it was raining.

It is your job to decide how much weight to give the direct and circumstantial evidence. The law makes no distinction between the weight you should give to either one, or says that one is any better evidence than the other. You should consider all the evidence, both direct and circumstantial, and give it whatever weight you believe it deserves.

## INSTRUCTION NO. 4

### Conspiracy (Count 1)

Count 1 of the Indictment accuses the Defendant with engaging in a conspiracy with one or more other individuals to commit the crime of wire fraud and/or bank fraud.  It is a crime for two or more persons to conspire, or agree, to commit a criminal act, even if they never actually achieve their goal.

A conspiracy is a kind of criminal partnership.  For you to find the Defendant guilty of the conspiracy charge, the Government must prove each and every one of the following elements beyond a reasonable doubt:

First, that two or more persons conspired, or agreed, to commit the crime of wire fraud and/or bank fraud.

Second, that the Defendant knowingly and voluntarily joined the conspiracy.

You must be convinced that the government has proved all of these elements beyond a reasonable doubt in order to find the Defendant guilty of the conspiracy charge.

## INSTRUCTION NO. 5

### Conspiracy (Count 1)
### Agreement

With regard to the first element - a criminal agreement - the Government must prove that two or more persons conspired, or agreed, to cooperate with each other to commit the crime of wire fraud or bank fraud.

This does not require proof of any formal agreement, written or spoken. Nor does this require proof that everyone involved agreed on all the details. But proof that people simply met together from time to time and talked about common interests, or engaged in similar conduct, is not enough to establish a criminal agreement. These are things that you may consider in deciding whether the Government has proved an agreement. But without more they are not enough.

What the Government must prove is that there was a mutual understanding, either spoken or unspoken, between two people, to cooperate with each other to commit the crime. This is essential.

An agreement can be proved indirectly, by facts and circumstances which lead to a conclusion that an agreement existed. But it is up to the Government to convince you that such facts and circumstances existed in this particular case.

**INSTRUCTION NO. 6**

**Conspiracy (Count 1)**
**Defendant's Connection to the Conspiracy**

If you are convinced that there was a criminal agreement, then you must decide whether the Government has proved that the Defendant, James Chadwick Hardison,  knowingly and voluntarily joined that agreement.  You must consider the Defendant separately in this regard.  To convict the Defendant, the Government must prove that he knew the conspiracy's main purpose, and that he voluntarily joined it intending to help advance or achieve its goals.

This does not require proof that the Defendant knew everything about the conspiracy, or everyone else involved, or that he was a member of it from the very beginning.  Nor does it require proof that the Defendant played a major role in the conspiracy, or that his connection to it was substantial.  A slight role or connection may be enough.

But proof that the Defendant simply knew about a conspiracy, or was present at times, or associated with members of the group, is not enough, even if he approved of what was happening or did not object to it.  Similarly, just because the Defendant may have done something that happened to help a conspiracy does not necessarily make him a conspirator.  These are all things that you may consider in deciding whether the government has proved that the Defendant joined a conspiracy.  But without more they are not enough.

What the Government must prove is that the Defendant knew the conspiracy's main purpose, and that he voluntarily joined it intending to help advance or achieve its goals.  This is essential.

A Defendant's knowledge can be proved indirectly by facts and circumstances which lead to a conclusion that he knew the conspiracy's main purpose.  But it is up to the Government to convince you that such facts and circumstances existed in this particular case.

**INSTRUCTION NO. 7**

**Conspiracy (Count 1)**
**Unindicted, Unamed, or Separately Tried Conspirators**

Now some of the people who may have been involved in these events are not on trial. This does not matter. There is no requirement that all members of a conspiracy be charged and prosecuted, or tried together in one proceeding.

Nor is there any requirement that the names of the other conspirators be known. An indictment can charge a defendant with a conspiracy involving people whose names are not known, as long as the government can prove that the defendants named in an indictment conspired with one or more of them. Whether they are named or not does not matter.

**INSTRUCTION NO. 8**

**Conspiracy (Count 1)**
**Inferring Required Mental State**

Next I want to say something about proving a Defendant's state of mind.

Ordinarily, there is no way that a Defendant's state of mind can be proved directly, because no one can read another person's mind and tell what that person is thinking.

But a Defendant's state of mind can be proved indirectly from the surrounding circumstances. This includes things like what the Defendant said, what the Defendant did, how the Defendant acted, and any other facts or circumstances in evidence that show what was in the Defendant's mind.

You may also consider the natural and probable results of any acts that the Defendant knowingly did and whether it is reasonable to conclude that the Defendant intended those results. This, of course, is all for you to decide.

**INSTRUCTION NO. 9**

**Conspiracy to Commit Wire Fraud (Count 1)**

While the Government does not have to prove all the elements of wire fraud, it must

prove that the Defendant conspired to commit the crime of wire fraud.  The elements are as

follows:

First, that the Defendant agreed to knowingly participate in, devise, and intend to devise a

scheme to defraud and to obtain money or property by false or fraudulent pretenses,

representations or promises;

Second, that the scheme included a material misrepresentation or concealment of a

material fact;

Third, that the Defendant had the intent to defraud; and

Fourth, that the Defendant used wire, radio or television communications or caused

another to use wire, radio or television communications in interstate commerce in furtherance of

the scheme.

Now, I will give you more detailed instructions on some of these terms.

A "scheme to defraud" includes any plan or course of action by which someone intends to

deprive another of money or property by means of false or fraudulent pretenses, representations,

or promises.

The term "false or fraudulent pretenses, representations or promises" means any false

statements or assertions that concern a material aspect of the matter in question, that were either

known to be untrue when made or made with reckless indifference to their truth.  They include

actual, direct, false statements as well as half-truths and the knowing concealment of material

facts.

An act is "knowingly" done if done voluntarily and intentionally, and not because of mistake or some other innocent reason.

A "material" fact or matter is one that has a natural tendency to influence or be capable of influencing a person's decision.  Any misrepresentation or concealment must be reasonably calculated to deceive persons of ordinary prudence and comprehension.

To act with "intent to defraud" means to act with an intent to deceive or cheat for the purpose of either causing a financial loss to another or bringing about a financial gain to oneself or another person.

To "cause" wire, radio or television communications to be used is to do an act with knowledge that the use of the communications will follow in the ordinary course of business or where such use can reasonably be foreseen.

The term "interstate commerce" includes wire, radio or television communications which crossed a state line.

**INSTRUCTION NO. 10**

**Conspiracy to Commit Bank Fraud (Count 1)**

While the Government does not have to prove all the elements of bank fraud, it must prove that the Defendant conspired to commit the crime of bank fraud. The elements are as follows:

First, that the Defendant knowingly executed or attempted to execute a scheme to defraud a financial institution or to obtain money or other property owned by or in the control of a financial institution by means to false or fraudulent pretenses, representations or promises;

Second, that the scheme included a material misrepresentation or concealment of a material fact;

Third, that the Defendant had the intent to defraud; and

Fourth, that the financial institution was federally insured.

Now I will give you more detailed instructions on some of these terms.

A "scheme to defraud" includes any plan or course of action by which someone intends to deprive another of money or property by means of false or fraudulent pretenses, representations, or promises.

The term"false or fraudulent pretenses, representations, or promises" means any false statements or assertions that concern a material aspect of the matter in question, that were either known to be untrue when made or made with reckless indifference to their truth. They include actual, direct false statements as well as half-truths and the knowing concealment of material facts.

An act is "knowingly" done if done voluntarily and intentionally, and not because of mistake or some other innocent reason.

A "material" fact or matter is one that has a natural tendency to influence or be capable of influencing a person's decision.  Any misrepresentation or concealment must be reasonably calculated to deceive persons of ordinary prudence and comprehension.

To act with "intent to defraud" means to act with an intent to deceive or cheat for the purpose of either causing a financial loss to another or bringing about a financial gain to oneself or another person.

**INSTRUCTION NO. 11**

## INSTRUCTION NO. 11

### Aggravated Identity Theft (Count III)

Count III of the Indictment charges the Defendant, James Hardison, with knowingly possessing and using, without lawful authority, a means of identification of another person during and in relations to the offenses of wire fraud and bank fraud.  For you to find the Defendant committed this crime, you must find that the government has proved each and every one of the following elements beyond a reasonable doubt:

First, that the Defendant knowingly possessed and used, without lawful authority, a means of identification of another person;

Second, that the Defendant possessed and used the means of identification of another person during and in relation to bank fraud and/or wire fraud.

Now I will give you more detailed instructions on some of these terms.

The term "means of identification" is defined as any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including any name, date of birth, social security number, or state or government issued driver's license number.

An act is "knowingly" done if done voluntarily and intentionally, and not because of mistake or some other innocent reason.  The Defendant does not have to know that the means of identification actually belonged to a real person, rather only that he or she wrongfully used the means of identification.

The second element that the government must prove beyond a reasonable doubt is that the Defendant possessed or used the means of identification during and in relation to conspiracy to commit bank and wire fraud.  In order for you to find that the Defendant acted "during and in

relation to" an offense, you must find that the unauthorized possession or use of the means of identification facilitated or played a role in the offense.

You may use the Court's definitions of the elements of the offense of conspiracy to commit wire and/or bank fraud in considering whether the Defendant's actions facilitated or played a role in the offense, keeping in mind that this count charges possession and/or use of means of identification during and in relation to the offense of conspiracy to commit wire and/or bank fraud and not the commission of that offense.

## INSTRUCTION NO. 12

### Coercion/Duress

One of the questions in this case is whether the Defendant was coerced, or forced, to commit the crimes with which he has been charged.  Coercion can excuse a crime, but only if the following five factors are met:

First, that the Defendant reasonably believed there was an imminent threat of death or seriously bodily injury to himself or to another;

Second, that the Defendant had not recklessly or negligently placed himself in a situation in which it was probable that he would be forced to choose the criminal conduct;

Third, that the Defendant had no reasonable, legal alternative to violating the law;

Fourth, that the Defendant reasonably believed his criminal conduct would avoid the threatened harm; and

Fifth, that the Defendant did not maintain the illegal conduct any longer than absolutely necessary.

If you find the Defendant was coerced to commit a crime, you must find him not guilty of the crime.

**INSTRUCTION NO. 13**

You must make your decisions based only on the evidence that you saw and heard here in court.  Do not let rumors, suspicions, or anything else that you may have seen or heard outside of court influence your decisions in any way.

The evidence in this case includes only what the witnesses said while they were testifying under oath, the exhibits and stipulations that I allowed into evidence.

Nothing else is evidence.  The lawyers' statements and arguments are not evidence.  Their questions and objections are not evidence.  My legal rulings are not evidence.  And my comments and questions are not evidence.

During the trial I did not let you hear the answers to some of the questions that the lawyers asked.  You must completely ignore all of these things.  Do not even think about them.  Do not speculate about what a witness might have said.  These things are not evidence, and you are bound by your oath not to let them influence your decisions in any way.

Make your decision based only on the evidence, as I have defined it here, and nothing else.

### INSTRUCTION NO. 14

You should use your common sense in weighing the evidence.  Consider it in light of your everyday experience with people and events, and give it whatever weight you believe it deserves. If your experience tells you that certain evidence reasonably leads to a conclusion, you are free to establish that conclusion.

**INSTRUCTION NO. 15**

Another part of your job as jurors is to decide how credible or believable each witness was. This is your job, not mine. It is up to you to decide if a witness's testimony was believable, and how much weight you think it deserves. You are free to believe everything that a witness said, or only part of it, or none of it at all. But you should act reasonably and carefully in making these decisions.

### INSTRUCTION NO. 16

### Number of Witnesses

One more point about the witnesses.  Sometimes jurors wonder if the number of witnesses who testified makes any difference.

Do not make any decisions based only on the number of witnesses who testified.  What is more important is how believable the witnesses were, and how much weight you think their testimony deserves.  Concentrate on that, not the numbers.

## INSTRUCTION NO. 17

The lawyers for both sides objected to some of the things that were said or done during the trial.  Do not hold that against either side.  The lawyers have a duty to object whenever they think that something is not permitted by the rules of evidence.  Those rules are designed to make sure that both sides receive a fair trial.

And do not interpret my rulings on their objections as any indication of how I think the case should be decided.  My rulings were based on the rules of evidence, not how I feel about the case.  Remember that your decision must be based only on the evidence that you saw and heard here in court.

**INSTRUCTION NO. 18**

Now I would like to say something about the notes that you have taken during the trial. Your notes should be used only as memory aids. You should not give your notes precedence over your independent recollection of the evidence. If you have not taken notes, you should rely upon your own independent recollection of the proceedings and you should not be unduly influenced by the notes of other jurors.

Notes are not entitled to any greater weight than the memory or impression of each juror as to what the testimony may have been. Whether you have taken notes or not, each of you must form and express your own opinion as to the facts of the case.

You will notice that we do have an official court reporter making a record of the trial. However, we will not have typewritten transcripts of this record available for your use in reaching a decision in this case.

## INSTRUCTION NO. 19

If you decide that the Government has proved the Defendant guilty, then it will be my job to decide what the appropriate punishment should be.

Deciding the appropriate punishment is my job, not yours.

Your job is to look at the evidence and decide if the Government has proved the Defendant guilty beyond a reasonable doubt.

## INSTRUCTION NO. 20

That concludes the part of my Instructions explaining the rules for considering some of the testimony and evidence. Now let me finish up by explaining some things about your deliberations in the jury room, and your possible verdicts.

The first thing that you should do in the jury room is choose someone to be your foreperson. This person will help to guide your discussions, and will speak for you here in court.

Once you start deliberating, do not talk to the jury officer, or to me, or to anyone else except each other about the case. If you have any questions or messages, you must write them down on a piece of paper, sign them, and then give them to the jury officer. The officer will give them to me, and I will respond as soon as I can. I may have to talk to the lawyers about what you have asked, so it may take me some time to get back to you. Any questions or messages normally should be sent to me through your foreperson.

One more thing about messages. Do not ever write down or tell anyone outside the jury room how you stand on your votes. That should stay secret until you are finished.

**INSTRUCTION NO. 21**

Now that all the evidence is in and the arguments are completed, you are free to talk about the case in the jury room.  In fact, it is your duty to talk with each other about the evidence, and to make every reasonable effort you can to reach unanimous agreement.  Talk with each other, listen carefully and respectfully to each other's views, and keep an open mind as you listen to what your fellow jurors have to say.  Try your best to work out your differences.  Do not hesitate to change your mind if you are convinced that other jurors are right and that your original position was wrong.  But do not ever change your mind just because other jurors see things differently, or just to get the case over with.  In the end, your vote must be exactly that – your own vote.  It is important for you to reach unanimous agreement, but only if you can do so honestly and in good conscience.

No one will be allowed to hear your discussions in the jury room, and no record will be made of what you say.  So you should all feel free to speak your minds.

Listen carefully to what the other jurors have to say, and then decide for yourself if the Government has proved the Defendant guilty beyond a reasonable doubt.

**INSTRUCTION NO. 22**

Your verdict, whether it is guilty or not guilty, must be unanimous.

To find the Defendant guilty, every one of you must agree that the Government has overcome the presumption of innocence with evidence that proves the Defendant's guilt beyond a reasonable doubt.

To find the Defendant not guilty, every one of you must agree that the Government has failed to convince you beyond a reasonable doubt.

Either way, guilty or not guilty, your verdict must be unanimous.

## INSTRUCTION NO. 23

I have prepared a verdict form that you should use to record your verdict.

If you decide that the Government has proved the charge against the Defendant beyond a reasonable doubt, say so by having your foreperson mark the appropriate place on the form.  If you decide that the Government has not proved the charge against the Defendant beyond a reasonable doubt, say so by having your foreperson mark the appropriate place on the form.  Your foreperson should then sign the form, put the date on it, and return it to me.

## INSTRUCTION NO. 24

Let me finish by repeating something that I said to you earlier.  Nothing that I have said or done during this trial was meant to influence your decision in any way.  You decide for yourselves if the Government has proved the Defendant guilty beyond a reasonable doubt.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO.: 1:07-CR-10
**Verdict Form**

**Count 1**

As to Count 1, conspiracy to commit the crime of wire fraud, as described in these

Instructions, we the jury, find the Defendant, James Chadwick Hardison:

GUILTY_____✓_____     NOT GUILTY_____



_____     10/11/07 _____
FOREPERSON                              DATE

As to Count 1, conspiracy to commit the crime of bank fraud, as described in these

Instructions, we the jury, find the Defendant, James Chadwick Hardison:

GUILTY_____✓_____     NOT GUILTY ~~10/11/07~~   error
                                                    nß

_____     10/11/07 _____
FOREPERSON                              DATE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO.: 1:07-CR-10
**Verdict Form**

As to Count 2, aggravated identify theft, as described in these Instructions, we the jury,

find the Defendant, James Chadwick Hardison:

GUILTY___✓_____        NOT GUILTY_____

_____        __10/11/07_____
         FOREPERSON                          DATE